**Entered on Docket**
**September 28, 2009**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

LENARD E. SCHWARTZER
2850 South Jones Blvd, Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 09-24669 BAM |
| | ) |
| RIVERA, ISIDRO | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| RIVERA, REYNALDA | ) |
| | ) ORDER CONFIRMING AUTOMATIC |
| | ) DISMISSAL OF CHAPTER 7 CASE |
| Debtor(s) | ) |
| | ) (NO HEARING REQUIRED) |
| | ) |

The Request of Lenard E. Schwartzer (the "Trustee") having come before this Court and it appearing that the Debtors did not file their schedules within 45 days after the date of the filing of their petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

_____
LENARD E. SCHWARTZER
Trustee

###